UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL RHODES,** Petitioner | **CIVIL ACTION NO. 5:19-CV-1639-P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **WARDEN DARREL VANNOY,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 4), and after an independent review of the record, including the Objection filed by Petitioner (ECF No. 7), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 24th day of September, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE